# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| GINA JONES, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNIVERSITY OF MEMPHIS, and TENNESSEE BOARD OF REGENTS, | ) No. 15-cv-02148-JPM-cgc |
| Defendants. | ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Claxton on September 23, 2016. (ECF No. 212.) In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion to Deem Plaintiff's First Set of Requests for Admissions Admitted (ECF No. 152) be denied and that Defendant University of Memphis be ordered to amend its responses to meet the requirements of Federal Rule of Civil Procedure 36(a)(4) with respect to Requests for Admissions Nos. 3, 7, 8, 9, 10, 11, 13, and 14. (Id. at 4.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to

the Report and Recommendation have been filed, and the time for filing objections expired on October 7, 2016. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 212) in its entirety.

Accordingly, pursuant to the Report and Recommendation, Plaintiff's Motion to Deem Plaintiff's First Set of Requests for Admissions Admitted Pursuant to F.R.C.P. 36 (ECF No. 152), filed August 15, 2016, is DENIED. Defendant University of Memphis is further ordered to amend the answers it submitted to Plaintiff on May 24, 2016 in response to Requests for Admissions Nos. 3, 7, 8, 9, 10, 11, 13, and 14 to meet the requirements of Federal Rule of Civil Procedure 36(a)(4).

**IT IS SO ORDERED**, this 19th day of October, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE