```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF TENNESSEE
              WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| GINA JONES, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNIVERSITY OF MEMPHIS, and TENNESSEE BOARD OF REGENTS, | ) ) ) | No. 15-cv-02148-JPM-cgc |
| Defendants. | ) ) ) ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation filed by Magistrate Judge Claxton on October 19, 2016. (ECF No. 239.) In the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion for Sanctions (ECF No. 197) be denied. (Id. at 1.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on November 2, 2016. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 239) in its entirety.

Accordingly, pursuant to the Report and Recommendation, Defendants' Motion for Sanctions (ECF No. 197), filed on September 13, 2016, is DENIED.  Pursuant to the Report and Recommendation, Plaintiff's Motion to Strike Defendants' Motion for Sanctions (ECF No. 216) is DENIED AS MOOT.

**IT IS SO ORDERED**, this 7th day of November, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE